United States District Court
Southern District of Texas
**ENTERED**
October 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ORVIL WILLIS WHITE-BRYAN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-874 |
| | § | |
| WARDEN, PORT ISABEL SERVICE PROCESSING CENTER, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Orvil Willis White-Bryan filed a Response to the Court's Order for Statement and Notice of Voluntary Dismissal informing the Court that he "no longer wishes to pursue the claims set forth in his writ of habeas corpus pursuant to 28 U.S.C. § 2241[.]" (Notice of Voluntary Dismissal, Doc. 5)

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that a plaintiff may dismiss an action without court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" The requirements of Rule 41(a)(1)(A)(i) have been met. Petitioner's Notice (Doc. 5) dismisses this action without court order.

The Clerk of Court is directed to close this matter.

Signed on October 20, 2026.

Fernando Rodriguez, Jr.
United States District Judge